Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0940

Samuel Jackson, Sr. v. City of Leeds, Mayor David Miller, City Councilor Kenneth Washington, City Councilor Eric G. Turner, City Councilor Johnny G. Dutton, City Councilor Angie Latta, City Councilor Devoris Ragland-Pierce, City Administrator Brad Watson, Fire Chief Chuck Parsons, and Police Chief Paul Irwin (Appeal from Jefferson Circuit Court:  CV-21-204).

MITCHELL, Justice.

    AFFIRMED. NO OPINION.

    See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

    Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.